# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: POLAR HEATING & COOLING, INC | § | Case No. 09-01238 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $47,674.37 | Claims Discharged Without Payment: $1,145,440.29 |
| Total Expenses of Administration: $14,810.32 | |

3) Total gross receipts of $ 62,484.69 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $62,484.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 8,436.59 | 14,810.32 | 14,810.32 | 14,810.32 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 41,508.20 | 41,508.20 | 41,508.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,151,606.46 | 1,151,606.46 | 6,166.17 |
| **TOTAL DISBURSEMENTS** | $8,436.59 | $1,207,924.98 | $1,207,924.98 | $62,484.69 |

4) This case was originally filed under Chapter 7 on January 16, 2009. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2011            By: /s/CHARLES J. MYLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds held by assignee for benefit of creditors | 1229-000 | 62,459.72 |
| Interest Income | 1270-000 | 24.97 |
| **TOTAL GROSS RECEIPTS** | | $62,484.69 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 6,373.73 | 6,373.73 | 6,373.73 |
| Charles J. Myler | 2200-000 | N/A | 34.09 | 34.09 | 34.09 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 8,402.50 | 8,402.50 | 8,402.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,810.32 | 14,810.32 | 14,810.32 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-2 | Sheet Metal Workers' Local 265 Educational Fund | 5800-000 | N/A | 1,602.93 | 1,602.93 | 1,602.93 |
| 5P-2 | Sheet Metal Workers' Local 265 Industry Fund | 5800-000 | N/A | 522.77 | 522.77 | 522.77 |
| 6P-2 | Sheet Metal Workers' Local 265 Supplemental Retire | 5800-000 | N/A | 10,700.99 | 10,700.99 | 10,700.99 |
| 7P-2 | Sheet Metal Workers' Local 265 Pension Fund | 5800-000 | N/A | 10,481.66 | 10,481.66 | 10,481.66 |
| 8P-2 | Sheet Metal Workers' Local 265 Welfare Fund | 5800-000 | N/A | 18,199.85 | 18,199.85 | 18,199.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 41,508.20 | 41,508.20 | 41,508.20 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Central Furnace Supply Company | 7100-000 | N/A | 203,202.96 | 203,202.96 | 1,088.21 |
| 2 -2 | Selective Insurance Company | 7100-000 | N/A | 2,208.13 | 2,208.13 | 11.83 |
| 3 | Selective Insurance Company | 7100-000 | N/A | 2,208.13 | 2,208.13 | 11.83 |
| 4U-2 | Sheet Metal Workers' Local 265 Educational Fund | 7100-000 | N/A | 4,500.41 | 4,500.41 | 24.10 |
| 5U-2 | Sheet Metal Workers' Local 265 Industry Fund | 7100-000 | N/A | 1,479.63 | 1,479.63 | 7.92 |
| 6U-2 | Sheet Metal Workers' Local 265 Supplemental Retire | 7100-000 | N/A | 29,956.93 | 29,956.93 | 160.43 |
| 7U-2 | Sheet Metal Workers' Local 265 Pension Fund | 7100-000 | N/A | 6,778.99 | 6,778.99 | 36.30 |
| 8U-2 | Sheet Metal Workers' Local 265 Welfare Fund | 7100-000 | N/A | 1,819.99 | 1,819.99 | 9.75 |
| 9 -2 | Sheet Metal Workers' Local 265 Savings Fund | 7100-000 | N/A | 5,437.50 | 5,437.50 | 29.12 |
| 10 | Sheet Metal Workers' National Pension Fund | 7100-000 | N/A | 1,905.13 | 1,905.13 | 10.20 |
| 11 | SASMI Trust Fund | 7100-000 | N/A | 4,958.05 | 4,958.05 | 26.55 |
| 12 | Steiner Electric Co | 7100-000 | N/A | 383.13 | 383.13 | 2.05 |

**UST Form 101-7-TDR (10/1/2010)**

| 13 | G W Berkhelmer Co Inc | 7100-000 | N/A | 87.88 | 87.88 | 0.47 |
|----|----|----|----|----|----|----|
| 14 | Temp Excel Properties LLC dba | 7100-000 | N/A | 88.24 | 88.24 | 0.47 |
| 15 | GNT Limousine | 7100-000 | N/A | 1,176.00 | 1,176.00 | 6.30 |
| 16 | Lenno Industries Inc | 7100-000 | N/A | 31,360.87 | 31,360.87 | 167.95 |
| 17 | Temperature Equipment Corp | 7100-000 | N/A | 603,847.70 | 603,847.70 | 3,233.76 |
| 18 | Illinois Business Systems Inc | 7100-000 | N/A | 760.00 | 760.00 | 4.07 |
| 19 | E J Mercado Landscape Inc | 7100-000 | N/A | 1,032.00 | 1,032.00 | 5.53 |
| 20 | Wright Express | 7100-000 | N/A | 13,231.92 | 13,231.92 | 70.86 |
| 21 | York International Corp | 7100-000 | N/A | 2,743.64 | 2,743.64 | 14.69 |
| 22 | Yellow Book Sales & Distribution Inc | 7100-000 | N/A | 16,900.00 | 16,900.00 | 90.50 |
| 23 | Citibank South Dakota NA | 7100-000 | N/A | 896.56 | 896.56 | 4.80 |
| 24 | Dundee Press Inc | 7100-000 | N/A | 481.00 | 481.00 | 2.58 |
| 25 | Central Furnance Supply Co | 7100-000 | N/A | 213,976.67 | 213,976.67 | 1,145.90 |
| 26 | D.Cline, Paralegal | 7200-000 | N/A | 185.00 | 185.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,151,606.46 | 1,151,606.46 | 6,166.17 |

Exhibit 8

Page:  1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 09-01238 | **Trustee:**    (330510)    CHARLES J. MYLER |
| **Case Name:**    POLAR HEATING & COOLING, INC | **Filed (f) or Converted (c):** 01/16/09 (f) |
| | **§341(a) Meeting Date:**    03/15/10 |
| **Period Ending:** 02/25/11 | **Claims Bar Date:**    06/14/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds held by assignee for benefit of creditors  (u) | Unknown | 0.00 | | 62,459.72 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 24.97 | FA |
| **2** | **Assets**    **Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$62,484.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution report will be filed as soon as all checks clear

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010    **Current Projected Date Of Final Report (TFR):**    July 26, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-01238 | |
| **Case Name:** | POLAR HEATING & COOLING, INC | |
| **Taxpayer ID #:** | **-***5441 | |
| **Period Ending:** | 02/25/11 | |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/09 | {1} | Polar Heating & Cooling Creditors Trust Acct. | Funds held by assignee for benefit of creditors | 1229-000 | 62,459.72 | | 62,459.72 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.16 | | 62,459.88 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.46 | | 62,462.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.37 | | 62,464.71 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.80 | | 62,467.51 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.42 | | 62,467.93 |
| 04/06/10 | | Wire out to BNYM account 9200******5065 | Wire out to BNYM account 9200******5065 | 9999-000 | -62,467.93 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -62,467.93 | 0.00 |
| **Subtotal** | | 62,467.93 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$62,467.93** | **$0.00** |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-01238 |
| **Case Name:** | POLAR HEATING & COOLING, INC |
| **Taxpayer ID #:** | **-***5441 |
| **Period Ending:** | 02/25/11 |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******50-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5065 | Wire in from JPMorgan Chase Bank, N.A. account *******5065 | 9999-000 | 62,467.93 | | 62,467.93 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.99 | | 62,470.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.71 | | 62,474.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.60 | | 62,478.23 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.71 | | 62,481.94 |
| 08/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 2.75 | | 62,484.69 |
| 08/24/10 | | To Account #9200******5066 | Tranfer to checking | 9999-000 | | 62,484.69 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 62,484.69 | 62,484.69 | $0.00 |
| Less: Bank Transfers | 62,467.93 | 62,484.69 | |
| **Subtotal** | 16.76 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16.76** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-01238 |
| **Case Name:** | POLAR HEATING & COOLING, INC |
| | |
| **Taxpayer ID #:** | **-***5441 |
| **Period Ending:** | 02/25/11 |

| | |
|---|---|
| **Trustee:** | CHARLES J. MYLER (330510) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******50-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | | From Account #9200******5065 | Tranfer to checking | 9999-000 | 62,484.69 | | 62,484.69 |
| 08/24/10 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $6,373.73, Trustee Compensation;  Reference: | 2100-000 | | 6,373.73 | 56,110.96 |
| 08/24/10 | 102 | Charles J. Myler | Dividend paid 100.00% on $34.09, Trustee Expenses;  Reference: | 2200-000 | | 34.09 | 56,076.87 |
| 08/24/10 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $8,402.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,402.50 | 47,674.37 |
| 08/24/10 | 104 | Sheet Metal Workers' Local 265 Educational Fund | Dividend paid 100.00% on $1,602.93; Claim# 4P-2; Filed: $1,602.93; Reference: | 5800-000 | | 1,602.93 | 46,071.44 |
| 08/24/10 | 105 | Sheet Metal Workers' Local 265 Industry Fund | Dividend paid 100.00% on $522.77; Claim# 5P-2; Filed: $522.77; Reference: | 5800-000 | | 522.77 | 45,548.67 |
| 08/24/10 | 106 | Sheet Metal Workers' Local 265 Supplemental Retire | Dividend paid 100.00% on $10,700.99; Claim# 6P-2; Filed: $10,700.99; Reference: | 5800-000 | | 10,700.99 | 34,847.68 |
| 08/24/10 | 107 | Sheet Metal Workers' Local 265 Pension Fund | Dividend paid 100.00% on $10,481.66; Claim# 7P-2; Filed: $10,481.66; Reference: | 5800-000 | | 10,481.66 | 24,366.02 |
| 08/24/10 | 108 | Sheet Metal Workers' Local 265 Welfare Fund | Dividend paid 100.00% on $18,199.85; Claim# 8P-2; Filed: $18,199.85; Reference: | 5800-000 | | 18,199.85 | 6,166.17 |
| 08/24/10 | 109 | Central Furnace Supply Company | Dividend paid  0.53% on $203,202.96; Claim# 1; Filed: $203,202.96; Reference: | 7100-000 | | 1,088.21 | 5,077.96 |
| 08/24/10 | 110 | Selective Insurance Company | Dividend paid  0.53% on $2,208.13; Claim# 2 -2; Filed: $2,208.13; Reference: Stopped on 10/22/10 | 7100-004 | | 11.83 | 5,066.13 |
| 08/24/10 | 111 | Selective Insurance Company | Dividend paid  0.53% on $2,208.13; Claim# 3; Filed: $2,208.13; Reference: Stopped on 10/22/10 | 7100-004 | | 11.83 | 5,054.30 |
| 08/24/10 | 112 | Sheet Metal Workers' Local 265 Educational Fund | Dividend paid  0.53% on $4,500.41; Claim# 4U-2; Filed: $4,500.41; Reference: | 7100-000 | | 24.10 | 5,030.20 |
| 08/24/10 | 113 | Sheet Metal Workers' Local 265 Industry Fund | Dividend paid  0.53% on $1,479.63; Claim# 5U-2; Filed: $1,479.63; Reference: | 7100-000 | | 7.92 | 5,022.28 |
| 08/24/10 | 114 | Sheet Metal Workers' Local 265 Supplemental Retire | Dividend paid  0.53% on $29,956.93; Claim# 6U-2; Filed: $29,956.93; Reference: | 7100-000 | | 160.43 | 4,861.85 |
| 08/24/10 | 115 | Sheet Metal Workers' Local 265 Pension Fund | Dividend paid  0.53% on $6,778.99; Claim# 7U-2; Filed: $6,778.99; Reference: | 7100-000 | | 36.30 | 4,825.55 |
| 08/24/10 | 116 | Sheet Metal Workers' Local 265 Welfare Fund | Dividend paid  0.53% on $1,819.99; Claim# 8U-2; Filed: $1,819.99; Reference: | 7100-000 | | 9.75 | 4,815.80 |
| 08/24/10 | 117 | Sheet Metal Workers' Local 265 Savings Fund | Dividend paid  0.53% on $5,437.50; Claim# 9 -2; Filed: $5,437.50; Reference: | 7100-000 | | 29.12 | 4,786.68 |
| 08/24/10 | 118 | Sheet Metal Workers' National Pension Fund | Dividend paid  0.53% on $1,905.13; Claim# 10; Filed: $1,905.13; Reference: | 7100-000 | | 10.20 | 4,776.48 |

| | | | |
|---|---|---|---|
| Subtotals : | $62,484.69 | $57,708.21 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 09-01238 | | **Trustee:** | CHARLES J. MYLER (330510) | | |
| **Case Name:** | POLAR HEATING & COOLING, INC | | **Bank Name:** | The Bank of New York Mellon | | |
| | | | **Account:** | 9200-******50-66 - Checking Account | | |
| **Taxpayer ID #:** | **-***5441 | | **Blanket Bond:** | $5,000,000.00  (per case limit) | | |
| **Period Ending:** | 02/25/11 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/10 | 119 | SASMI Trust Fund | Dividend paid  0.53% on $4,958.05; Claim# 11;<br>Filed: $4,958.05; Reference: | 7100-000 | | 26.55 | 4,749.93 |
| 08/24/10 | 120 | GNT Limousine | Dividend paid  0.53% on $1,176.00; Claim# 15;<br>Filed: $1,176.00; Reference: | 7100-000 | | 6.30 | 4,743.63 |
| 08/24/10 | 121 | Lenno Industries Inc | Dividend paid  0.53% on $31,360.87; Claim#<br>16; Filed: $31,360.87; Reference: | 7100-000 | | 167.95 | 4,575.68 |
| 08/24/10 | 122 | Temperature Equipment Corp | Dividend paid  0.53% on $603,847.70; Claim#<br>17; Filed: $603,847.70; Reference: | 7100-000 | | 3,233.76 | 1,341.92 |
| 08/24/10 | 123 | E J Mercado Landscape Inc | Dividend paid  0.53% on $1,032.00; Claim# 19;<br>Filed: $1,032.00; Reference: | 7100-000 | | 5.53 | 1,336.39 |
| 08/24/10 | 124 | Wright Express | Dividend paid  0.53% on $13,231.92; Claim#<br>20; Filed: $13,231.92; Reference: | 7100-000 | | 70.86 | 1,265.53 |
| 08/24/10 | 125 | York International Corp | Dividend paid  0.53% on $2,743.64; Claim# 21;<br>Filed: $2,743.64; Reference: | 7100-000 | | 14.69 | 1,250.84 |
| 08/24/10 | 126 | Yellow Book Sales & Distribution Inc | Dividend paid  0.53% on $16,900.00; Claim#<br>22; Filed: $16,900.00; Reference: | 7100-000 | | 90.50 | 1,160.34 |
| 08/24/10 | 127 | Central Furnance Supply Co | Dividend paid  0.53% on $213,976.67; Claim#<br>25; Filed: $213,976.67; Reference: | 7100-000 | | 1,145.90 | 14.44 |
| 08/24/10 | 128 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 14.44 | 0.00 |
| | | | Dividend paid  0.53% on          2.05<br>$383.13;  Claim# 12;<br>Filed: $383.13 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.53% on          0.47<br>$87.88;  Claim# 13;<br>Filed: $87.88 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.53% on          0.47<br>$88.24;  Claim# 14;<br>Filed: $88.24 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.53% on          4.07<br>$760.00;  Claim# 18;<br>Filed: $760.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.53% on          4.80<br>$896.56;  Claim# 23;<br>Filed: $896.56 | 7100-000 | | | 0.00 |
| | | | Dividend paid  0.53% on          2.58<br>$481.00;  Claim# 24;<br>Filed: $481.00 | 7100-000 | | | 0.00 |
| 10/22/10 | 110 | Selective Insurance Company | Dividend paid  0.53% on $2,208.13; Claim# 2<br>-2; Filed: $2,208.13; Reference: | 7100-004 | | -11.83 | 11.83 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $4,764.65 |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-01238 |
| Case Name: | POLAR HEATING & COOLING, INC |
| | |
| Taxpayer ID #: | **-***5441 |
| Period Ending: | 02/25/11 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******50-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 08/24/10 | | | | |
| 10/22/10 | 111 | Selective Insurance Company | Dividend paid   0.53% on $2,208.12; Claim# 3;<br>Filed: $2,208.13; Reference:<br>Stopped: check issued on 08/24/10 | 7100-004 | | -11.83 | 23.66 |
| 10/22/10 | 129 | Selective Insurance Company | Voided on 10/26/10 | 7100-003 | | ! 11.83 | 11.83 |
| 10/22/10 | 130 | Selective Insurance Company | Voided on 10/26/10 | 7100-003 | | ! 11.83 | 0.00 |
| 10/26/10 | 129 | Selective Insurance Company | Voided: check issued on 10/22/10 | 7100-003 | | ! -11.83 | 11.83 |
| 10/26/10 | 130 | Selective Insurance Company | Voided: check issued on 10/22/10 | 7100-003 | | ! -11.83 | 23.66 |
| 12/08/10 | 131 | Selective Insurance Company | | 7100-000 | | 11.83 | 11.83 |
| 12/08/10 | 132 | Selective Insurance Company | | 7100-000 | | 11.83 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 62,484.69 | 62,484.69 | $0.00 |
| Less: Bank Transfers | 62,484.69 | 0.00 | |
| Subtotal | 0.00 | 62,484.69 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $62,484.69 | |

| | |
|---|---|
| Net Receipts : | 62,484.69 |
| Net Estate : | $62,484.69 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****50-65 | 62,467.93 | 0.00 | 0.00 |
| MMA # 9200-******50-65 | 16.76 | 0.00 | 0.00 |
| Checking # 9200-******50-66 | 0.00 | 62,484.69 | 0.00 |
| | $62,484.69 | $62,484.69 | $0.00 |